**U.S. Department of Labor**  Office of the Solicitor
201 Varick Street, Room 983
New York, N.Y. 10014



April 21, 2024

**VIA ECF**

Hon. Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Su v. B & A Plumbing & Heating Corp. et al., 1:24-cv-01511-LGS

Dear Judge Schofield:

Because we have attempted to but failed to serve defendants, plaintiff, the Acting Secretary, hereby requests an adjournment of the initial conference currently scheduled for May 15, 2024.

On February 28, 2024, the same day that the complaint was filed, undersigned counsel requested written waivers from defendants. And, when those requests for waivers were not returned, the Acting Secretary retained a process server, which attempted service at the last known address on April 3, 2024; April 5, 2024; April 10, 2024; and April 18, 2024. Undersigned counsel will, in the coming week, attempt to reach defendants at alternative addresses.

Sincerely,
/s Michael R. Hartman
Michael R. Hartman

Application **DENIED**.  If Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan no later than **May 8, 2024**.  If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference no later than **May 8, 2024**.

Dated: April 22, 2024
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE