UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                  :

JULIE A. SU,                      :

                 Plaintiff,    :

                                    :                          24 Civ. 1511 (LGS)

           -against-            :

                                    :                              <u>ORDER</u>

B & A PLUMBING & HEATING CORP., et al.,   :
                       Defendant.   :

                                    :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was scheduled for July 17, 2024.

WHEREAS, no Defendant has appeared and a certificate of default against Defendants

issued on July 15, 2024.  It is hereby

       **ORDERED** that the initial pretrial conference scheduled for July 17, 2024, is **adjourned**

**sine die**.

Dated: July 16, 2024
        New York, New York

                                          LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE